No. 87–1060. LOGEMANN, INDIVIDUALLY AND AS TRUSTEE OF THE MCCARTY RANCH TRUST v. CRAIG, TRUSTEE OF CASSIDY LAND & CATTLE CO., INC., ET AL. Appeal from Sup. Ct. Neb. dismissed for want of substantial federal question.

No. 87–1081. GRAND FORKS-TRAILL WATER USERS, INC. v. HJELLE, NORTH DAKOTA STATE HIGHWAY COMMISSIONER. Appeal from Sup. Ct. N. D. dismissed for want of substantial federal question.

No. 87–6064. SEABORNE v. COUNTY COMMISSIONERS OF WASHINGTON COUNTY. Appeal from Sup. Jud. Ct. Me. dismissed for want of substantial federal question.

No. 87–946. CITY OF PALO ALTO ET AL. v. CENTURY FEDERAL, INC., ET AL. Appeal from D. C. N. D. Cal. dismissed for want of jurisdiction.

No. 87–1003. SCHAEFER v. STATE ADMINISTRATIVE BOARD OF ELECTION LAWS. Appeal from Ct. Sp. App. Md. dismissed for want of jurisdiction.

No. 87–1071. LIGGETT ET UX. v. STATE FARM FIRE & CASUALTY CO. Appeal from C. A. 10th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–1096. WRIGHT ET AL. v. WELCH ET AL. Appeal from App. Ct. Mass. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–1123. CHRISTIAN ET AL. v. BEWKES. Appeal from Sup. Jud. Ct. Mass. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.